**Pedro Mauricio Chanax SAQUIC, aka Antonio Vargas Parra, Plaintiff–Appellee,**

v.

**John ASHCROFT, Attorney General; Ronald Smith, Acting Phoenix District Director of the Immigration and Naturalization Service; Immigration and Naturalization Service, Defendants–Appellants.**

No. 02–17266.

D.C. No. CV–02–01652–EHC.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 8, 2003.

Decided July 11, 2003.

Before KOZINSKI, FERNANDEZ, and RYMER, Circuit Judges.

MEMORANDUM *

The Immigration and Naturalization Service (INS) appeals an order granting a preliminary injunction that directed the INS's Acting Director of the Office of Juvenile Affairs (the Attorney General's designee) to consent to jurisdiction of a state court juvenile dependency proceeding for Pedro Mauricio Chanax–Saquic as part of the process he had begun for seeking special immigrant juvenile status pursuant to 8 U.S.C. § 1101(a)(27)(J). No stay was sought. The INS consented, the state court held a dependency hearing, and a dependency order was issued. In these

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

circumstances, the appeal is moot. Accordingly, it is dismissed.

DISMISSED.

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.